# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>D'Marcus Mason | Case No: 4:01CR00023-003<br>USM No: 06644-028 |
| Date of Original Judgment: 05/15/2003<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | Juval Scott<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __135__ months **is reduced to** __time served__.

*(Complete Parts I and II of Page 2 when motion is granted)*

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By /s/ Pamela J. Solmeonian
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated __05/15/2003__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/29/2011

*/s/ Sarah Evans Barker*
*Judge's signature*

Effective Date: 12/09/2011 *
*(if different from order date)*

The Honorable Sarah Evans Barker
*Printed name and title*

* Unless otherwise indicated, the effective date of this order shall be ten (10) days after order date.